**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| 1. PHOENIX YOUNGBLOOD,<br>2. KHRYSTAL POLLARD and<br>3. CHRISTOPHER DRAKE on behalf of<br>themselves and all persons similarly<br>situated, | |
| **Plaintiffs,** | **Case No. 4:22-cv-00315-CVE-SH** |
| **v.** | |
| 1. MVP EVENT PRODUCTIONS, LLC, a<br>limited liability company, d/b/a MVP<br>EVENT STAFFING, and<br>2. DELAWARE NORTH COMPANIES<br>TRAVEL HOSPITALITY SERVICES,<br>INC., a foreign corporation, | |
| **DEFENDANTS.** | |

## DEFENDANT'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Delaware North Companies Travel Hospitality Services, Inc., in the above-styled action, hereby removes this action from the District Court of Tulsa County to the United States District Court for the Northern District of Oklahoma.  In support of this removal, Defendant states as follows:

### TIMELINESS OF REMOVAL

1.      On June 21, 2022, Plaintiffs Phoenix Youngblood, Khrystal Pollard and Christopher Drake  ("Plaintiffs"), filed their Petition in this matter in the District Court of Tulsa County, styled as *Phoenix Youngblood, et al., v. MVP Event Productions, LLC*, Case No. CJ-2022-01887 (the "State Court Action").

2.      Pursuant to 28 U.S.C. § 1446(a), and LCvR 81.2, copies of all documents received by Defendants in the State Court Action, as well as a copy of the docket sheet in the State Court Action, are attached hereto as Exhibits "1" through "6" on the Index of State Court Documents.

3.      Defendant was served with a summons and copy of the Petition on June 21, 2022.

4.      Defendant is timely in filing this Notice of Removal within 30 days after service of process.  28 U.S.C. § 1446(b).

5.      All Defendants consent to this removal.

VENUE

6.      Venue is proper in this Court because it is the "district and division embracing the place where such action is pending."  28 U.S.C.§ 1441(a); *see also* 28 U.S.C. § 116(a) (identifying Oklahoma counties located within the Northern District).

ORIGINAL AND SUPPLEMENTAL JURISDICTION

7.      Plaintiffs filed their Petition seeking to recover damages under 29 U.S.C. § 203, *et seq.* ("Fair Labor Standards Act" or "FLSA") and undisclosed Oklahoma "state wage laws".

8.      Pursuant to 28 U.S.C. §§ 1331 and 1441, this Court has original jurisdiction over Plaintiffs' FLSA claims, as such claims arise under the laws of the United States.

9.      Pursuant to 28 U.S.C. § 1367, this Court has supplemental jurisdiction over Plaintiff's related state law claim arising under Oklahoma "state wage laws," which arise from the same core of operative facts as Plaintiffs' claims arising under federal law.

10.     As noted above, copies of all process, pleadings and orders filed or served upon Defendant in the aforementioned State Court Action (as well as a copy of the docket sheet in the State Court Action) are attached hereto as follows:

Exhibit 1:      Docket Sheet in State Court Action, pursuant to LCvR 81.2.

<u>Exhibit 2</u>:    Petition;

11.    All fees required by law in connection with this Notice have been paid by Defendant.

12.    No hearings are currently set on Plaintiffs' claims.

13.    By virtue of this Notice of Removal, Defendant does not waive its rights to assert any rights, claims, or other motions permitted by the Federal Rules of Civil Procedure or other applicable rules or laws.

14.    Contemporaneously herewith, written notice of this Notice of Removal will be served on all parties to this action, and a copy of this Notice of Removal is being filed with the Court Clerk of Tulsa County, Oklahoma, pursuant to 28 U.S.C. §1446, which shall effectuate the removal.

WHEREFORE, pursuant to 28 U.S.C. § 1441, Defendant, by and through its undersigned counsel, hereby removes the above-captioned case now pending in the District Court of Tulsa County, State of Oklahoma, to the United States District Court for the Northern District of Oklahoma.

Respectfully submitted,

*/s/ Michael J. DePonte*
Michael J. DePonte
OBN 35022
JACKSON LEWIS P.C.
500 N Akard Ste 2500
Dallas, Texas 75201
Tel: (214) 520-2400
Fax: (214) 520-2008
E-mail:  michael.deponte@jacksonlewis.com

**ATTORNEY FOR DEFENDANT**
**DELAWARE NORTH COMPANIES TRAVEL**
**HOSPITALITY SERVICES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record via ECF electronic notification in accordance with the Federal Rules of Civil Procedure on this 20th day of July 2022.

Steven R. Hickman
OBA #4172
FRASIER, FRASIER & HICKMAN, LLP
1700 Southwest Blvd.
Tulsa, OK  74107
(918) 584-4724 T
(918) 583-5637 F
frasier@tulsa.com

**ATTORNEYS FOR PLAINTIFFS**

Melinda S. Matlock
RHODES HIERONYMUS, PLLC
1001 NW 63rd Ste 280
Oklahoma City, OK  73116
(918) 582-1173 T
(918) 592-3390 F
mmatlock@rhodesokla.com

**ATTORNEYS FOR DEFENDANT**
**MVP EVENT PRODUCTIONS, LLC**
**dba MVP EVENT STAFFING**

*/s/ Michael J. DePonte*
Michael J. DePonte

4887-1987-4857, v. 2

**OSCN** THE OKLAHOMA STATE COURTS NETWORK

*www.oscn.net*

Home    Courts    Court Dockets    Legal Research    Calendar    Help

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR TULSA COUNTY, OKLAHOMA

| | |
|---|---|
| PHOENIX YOUNGBLOOD,<br>　　　Plaintiff, and<br>KHRYSTAL POLLARD,<br>　　　Plaintiff, and<br>CHRISTOPHER DRAKE,<br>　　　Plaintiff,<br>v.<br>MVP EVENT PRODUCTIONS LLC, D/B/A<br>MVP EVENT STAFFING,<br>　　　Defendant, and<br>DELAWARE NORTH COMPANIES TRAVEL<br>HOSPITALITY SERVICES INC,<br>　　　Defendant. | **No. CJ-2022-1887**<br>**(Civil relief more than $10,000:**<br>**FAILURE TO PAY WAGES AND OVERTIME)**<br><br>Filed: 06/21/2022<br><br><br>Judge: Civil Docket E |

## Parties

DELAWARE NORTH COMPANIES TRAVEL HOSPITALITY SERVICES INC , Defendant
DRAKE, CHRISTOPHER , Plaintiff
MVP EVENT PRODUCTIONS LLC , Defendant
POLLARD, KHRYSTAL , Plaintiff
YOUNGBLOOD, PHOENIX , Plaintiff

## Attorneys

| Attorney | Represented Parties |
|---|---|
| HICKMAN, STEVEN R(Bar # 4172)<br>FRASIER, FRASIER & HICKMAN, LLP<br>1700 SOUTHWEST BLVD.<br>TULSA, OK 74107 | YOUNGBLOOD, PHOENIX<br>POLLARD, KHRYSTAL<br>DRAKE, CHRISTOPHER |

## Events

| Event | Party | Docket | Reporter |
|---|---|---|---|

## Issues

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

**Issue # 1.**

Issue: FAILURE TO PAY WAGES AND OVERTIME (OTHER)
Filed by: YOUNGBLOOD, PHOENIX
Filed Date: 06/21/2022

**Party Name:**                                    **Disposition Information:**

**Defendant:** MVP EVENT PRODUCTIONS LLC          Pending.

**Defendant:** DELAWARE NORTH COMPANIES TRAVEL    Pending.
HOSPITALITY SERVICES INC

**Issue # 2.**

EXHIBIT
1

Issue: FAILURE TO PAY WAGES AND OVERTIME (OTHER)

Filed by: POLLARD, KHRYSTAL
Filed Date: 06/21/2022

**Party Name:**                                    **Disposition Information:**

**Defendant:** MVP EVENT PRODUCTIONS LLC          Pending.

**Defendant:** DELAWARE NORTH COMPANIES TRAVEL    Pending.
HOSPITALITY SERVICES INC

Issue # 3.                                          Issue: FAILURE TO PAY WAGES AND
                                                    OVERTIME (OTHER)
                                                    Filed by: DRAKE, CHRISTOPHER
                                                    Filed Date: 06/21/2022

**Party Name:**                                    **Disposition Information:**

**Defendant:** MVP EVENT PRODUCTIONS LLC          Pending.

**Defendant:** DELAWARE NORTH COMPANIES TRAVEL    Pending.
HOSPITALITY SERVICES INC

## Docket

| Date | Code | Count Party | Serial # | Entry Date | | |
|------|------|-------------|----------|------------|--|--|
| 06-21-2022 | TEXT | 1 | 119209718 | Jun 21 2022 8:45:46:100AM | - | $ 0.00 |
| | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. | | | | | |
| 06-21-2022 | OTHER | - | 119209720 | Jun 21 2022 8:52:22:077AM | Realized | $ 0.00 |
| | FAILURE TO PAY WAGES AND OVERTIME | | | | | |
| 06-21-2022 | DMFE | - | 119209721 | Jun 21 2022 8:45:46:633AM | Realized | $ 7.00 |
| | DISPUTE MEDIATION FEE($ 7.00) | | | | | |
| 06-21-2022 | PFE1 | - | 119209722 | Jun 21 2022 2:37:58:637PM | Realized | $ 163.00 |
| | PETITION($ 163.00) | | | | | |
| | *Document Available (#1052711733)* | | | | | |
| 06-21-2022 | PFE7 | - | 119209723 | Jun 21 2022 8:45:46:633AM | Realized | $ 6.00 |
| | LAW LIBRARY FEE($ 6.00) | | | | | |
| 06-21-2022 | OCISR | - | 119209724 | Jun 21 2022 8:45:46:633AM | Realized | $ 25.00 |
| | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND($ 25.00) | | | | | |
| 06-21-2022 | OCJC | - | 119209725 | Jun 21 2022 8:45:46:633AM | Realized | $ 1.55 |
| | OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND($ 1.55) | | | | | |
| 06-21-2022 | OCASA | - | 119209726 | Jun 21 2022 8:45:46:633AM | Realized | $ 5.00 |
| | OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES($ 5.00) | | | | | |
| 06-21-2022 | SSFCHSCPC | - | 119209727 | Jun 21 2022 8:45:46:633AM | Realized | $ 10.00 |

| Date | Code | Count Party | Serial # | Entry Date | | |
|------|------|-------------|----------|-----------|---|---|
| | SHERIFF'S SERVICE FEE FOR COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER($ 10.00) | | | | | |
| 06-21-2022 | CCADMINCSF | - | 119209728 | Jun 21 2022 8:45:46:633AM | Realized | $ 1.00 |
| | COURT CLERK ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER($ 1.00) | | | | | |
| 06-21-2022 | CCADMIN0155 | - | 119209729 | Jun 21 2022 8:45:46:633AM | Realized | $ 0.16 |
| | COURT CLERK ADMINISTRATIVE FEE ON $1.55 COLLECTION($ 0.16) | | | | | |
| 06-21-2022 | SJFIS | - | 119209730 | Jun 21 2022 8:45:46:633AM | Realized | $ 0.45 |
| | STATE JUDICIAL REVOLVING FUND - INTERPRETER AND TRANSLATOR SERVICES($ 0.45) | | | | | |
| 06-21-2022 | DCADMIN155 | - | 119209731 | Jun 21 2022 8:45:46:633AM | Realized | $ 0.23 |
| | DISTRICT COURT ADMINISTRATIVE FEE ON $1.55 COLLECTIONS($ 0.23) | | | | | |
| 06-21-2022 | DCADMIN05 | - | 119209732 | Jun 21 2022 8:45:46:633AM | Realized | $ 0.75 |
| | DISTRICT COURT ADMINISTRATIVE FEE ON $5 COLLECTIONS($ 0.75) | | | | | |
| 06-21-2022 | DCADMINCSF | - | 119209733 | Jun 21 2022 8:45:46:633AM | Realized | $ 1.50 |
| | DISTRICT COURT ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER($ 1.50) | | | | | |
| 06-21-2022 | CCRMPF | - | 119209734 | Jun 21 2022 8:45:46:633AM | Realized | $ 10.00 |
| | COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE($ 10.00) | | | | | |
| 06-21-2022 | CCADMIN04 | - | 119209735 | Jun 21 2022 8:45:46:633AM | Realized | $ 0.50 |
| | COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS($ 0.50) | | | | | |
| 06-21-2022 | LTF | - | 119209736 | Jun 21 2022 8:45:47:133AM | Realized | $ 10.00 |
| | LENGTHY TRIAL FUND($ 10.00) | | | | | |
| 06-21-2022 | SMF | - | 119209737 | Jun 21 2022 8:46:42:427AM | Realized | $ 20.00 |
| | SUMMONS FEE (CLERKS FEE)($ 20.00) | | | | | |
| 06-21-2022 | SMIMA | - | 119209738 | Jun 21 2022 8:45:47:350AM | Realized | $ 0.00 |
| | SUMMONS ISSUED - MAILED BY ATTORNEY | | | | | |
| 06-21-2022 | TEXT | - | 119209719 | Jun 21 2022 8:45:46:133AM | - | $ 0.00 |
| | OCIS HAS AUTOMATICALLY ASSIGNED JUDGE CIVIL DOCKET E TO THIS CASE. | | | | | |
| 06-21-2022 | ACCOUNT | - | 119209779 | Jun 21 2022 8:47:27:377AM | - | $ 0.00 |

| Date | Code | Count Party | Serial # | Entry Date | | |
|------|------|-------------|----------|------------|---|---|

RECEIPT # 2022-4371541 ON 06/21/2022.
PAYOR: FRASIER FRASIER & HICKMAN TOTAL AMOUNT PAID: $ 262.14.
LINE ITEMS:
CJ-2022-1887: $183.00 ON AC01 CLERK FEES.
CJ-2022-1887: $6.00 ON AC23 LAW LIBRARY FEE CIVIL AND CRIMINAL.
CJ-2022-1887: $1.66 ON AC31 COURT CLERK REVOLVING FUND.
CJ-2022-1887: $5.00 ON AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES.
CJ-2022-1887: $1.55 ON AC59 COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND.
CJ-2022-1887: $7.00 ON AC64 DISPUTE MEDIATION FEES CIVIL ONLY.
CJ-2022-1887: $0.45 ON AC65 STATE JUDICIAL REVOLVING FUND, INTERPRETER SVCS.
CJ-2022-1887: $2.48 ON AC67 DISTRICT COURT REVOLVING FUND.
CJ-2022-1887: $25.00 ON AC79 OCIS REVOLVING FUND.
CJ-2022-1887: $10.00 ON AC81 LENGTHY TRIAL FUND.
CJ-2022-1887: $10.00 ON AC88 SHERIFF'S SERVICE FEE FOR COURT HOUSE SECURITY.
CJ-2022-1887: $10.00 ON AC89 COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE.

| 06-22-2022 | NO | - | | 119234824 | Jun 23 2022 10:31:43:343AM | - | $ 0.00 |

NOTICE OF FIRST CONSENTS TO JOIN ACTION / CERTIFICATE OF MAILING
*Document Available (#1052559125)*

| 06-23-2022 | S | - | DELAWARE NORTH COMPANIES TRAVEL HOSPITALITY SERVICES INC | 119252559 | Jun 24 2022 3:29:12:023PM | - | $ 0.00 |

PARTY HAS BEEN SUCCESSFULLY SERVED / DELAWARE NORTH COMPANIES TRAVEL HOSPITALITY SERVICE, INC / ON 6-21-22
*Document Available (#1052711438)*

| 06-23-2022 | NO | - | | 119263173 | Jun 27 2022 2:30:30:383PM | - | $ 0.00 |

NOTICE OF SECOND CONSENTS TO JOIN ACTION / CERTIFICATE OF MAILING
*Document Available (#1052711281)*

| 07-01-2022 | S | - | MVP EVENT PRODUCTIONS LLC | 119320207 | Jul 5 2022 9:20:20:490AM | - | $ 0.00 |

PARTY HAS BEEN SUCCESSFULLY SERVED. / MVP EVENT PRODUCTIONS LLC / 6-29-22
*Document Available (#1052559652)*

| 07-05-2022 | NO | - | | 119333846 | Jul 6 2022 10:18:48:560AM | - | $ 0.00 |

NOTICE OF THIRD CONSENT TO JOIN ACTION / C TO J / CERTIFICATE OF MAILING
*Document Available (#1052559741)*

Report Generated by The Oklahoma Court Information System at July 14, 2022 11:17 AM

End of Transmission.

## IN THE DISTRICT COURT OF TULSA COUNTY
### STATE OF OKLAHOMA, 500 SOUTH DENVER, TULSA, OKLAHOMA 74103

PHOENIX YOUNGBLOOD, KHRYSTAL POLLARD
and CHRISTOPHER DRAKE, on behalf of themselves
and all other persons similarly situated,

                        Plaintiff(s)

vs.

MVP EVENT PRODUCTIONS, LLC, a limited liability
company, d/b/a MVP EVENT STAFFING, and
DELAWARE NORTH COMPANIES TRAVEL
HOSPITALITY SERVICES, INC.

                        Defendant(s)

**CJ-2022-01887**

Attorney(s) for Plaintiff(s) DAMAN CANTRELL
Name     Steven R. Hickman, OBA #4172
Address   FRASIER, FRASIER & HICKMAN, LLP
          1700 Southwest Boulevard
          Tulsa, OK 74107
Telephone   918/584-4724

DELAWARE NORTH COMPANIES TRAVEL
HOSPITALITY SERVICE, INC.
c/o Cogency Global, Inc.
15205 Traditions Lake Parkway
Edmond, OK 73013

Bryan Smith
Appointed to serve, PSL # 18-30

Authorized by                 Steven R. Hickman

      You have been sued by the above named plaintiff(s), and you are directed to file a written answer to the attached petition and order in the Court at the above address within twenty (20) days after service of this summons upon you exclusive of the day of service. Within the same time, a copy of your answer must be delivered or mailed to the attorney for the plaintiff. Unless you answer the petition within the time stated, judgment will be rendered against you with costs of the action.

      Issued this 21st day of June, 2022.

                    Don Newberry, Court Clerk

                    By:                     Deputy Court Clerk

(Seal)

This summons and order was served on

                    (date of service)

                    (Signature of person serving summons)

      **YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THIS SUMMONS.**

**EXHIBIT 2**

**Return ORIGINAL for filing.**

IN THE DISTRICT COURT IN AND FOR TULSA COUNTY
STATE OF OKLAHOMA



PHOENIX YOUNGBLOOD, KHRYSTAL )
POLLARD, and CHRISTOPHER DRAKE, )
on behalf of themselves and all )
persons similarly situated, )
)
          Plaintiffs, )
)
v. )
)
MVP EVENT PRODUCTIONS, LLC, a )
limited liability company, d/b/a MVP )
EVENT STAFFING, and DELAWARE )
NORTH COMPANIES TRAVEL )
HOSPITALITY SERVICES, INC., a )
foreign corporation, )
)
          Defendants. )
)

Case No.:
Attorneys' Lien Claimed
Jury Trial Demanded

## PETITION

COME NOW Plaintiffs and for their claims and causes of action against Defendants state and allege:

1.    Plaintiffs as above named are individuals who performed work for Defendants in the State of Oklahoma.

2.    Defendant MVP Event Productions, LLC, is a foreign limited liability company doing business in Oklahoma as MVP Event Staffing, but not licensed to do business in Oklahoma.

3.    Defendant Delaware North Companies Travel Hospitality Services, Inc., is a foreign corporation licensed to do business in Oklahoma.

4.    Plaintiffs bring this action for their own loss, and also on behalf of all others who consent in writing to join this action.

2022-06-21 8:24 am
\\Ffh-vm-dc\company\Clients\OPEN\Vicki\@aashley clients\@@@2022 PGA WAGE-HOUR CLAIM 22-2278\Petition.wpd/vs

1

5.   In May, 2022, Plaintiffs, and each of them, were employees of Defendants, working at the 2022 PGA Tournament at Southern Hills Country Club in Tulsa, Oklahoma.

6.   Plaintiffs variously were not paid regular wages, overtime wages, bonuses, tips and other supplementary gain as promised, or have been paid in part, but not in full.

7.   The failure to pay wages as required under the Fair Labor Standards Act of 1938, as amended, and state wage laws was intentional to the extent that Defendants are subjected to liability for liquidated damages.

8.   Plaintiffs estimate the amount due to each is in the $1,000 to $5,000 range.

WHEREFORE, premises considered, Plaintiffs and each of them, as well as those joining the action, pray for judgment against Defendants and each of them in amounts to be determined for each at trial together with liquidated damages, interest, costs, attorneys' fees, and such other and further relief to which they are deemed entitled.

Respectfully submitted,

FRASIER, FRASIER & HICKMAN, LLP

By: _____

Steven R. Hickman, OBA #4172
1700 Southwest Blvd.
Tulsa, OK 74107
Phone: (918) 584-4724
Fax: (918) 583-5637
E-mail: frasier@tulsa.com
Attorneys for Plaintiffs

2022-06-21 8:24 am
\\Ffh-vm-dc\company\Clients\OPEN\Vicki\@aashley clients\@@@2022 PGA WAGE-HOUR CLAIM 22-2278\Petition.wpd/vs

2