**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **PHOENIX YOUNGBLOOD, KHRYSTAL POLLARD, and CHRISTOPHER DRAKE, on behalf of themselves and all persons similarly situated,** | |
| | **Case No. 4:22-CV-00315-CVE-SH** |
| **Plaintiffs,** | |
| **v.** | |
| **MVP EVENT PRODUCTIONS, LLC, a limited liability company dba MVP EVENT STAFFING, and DELAWARE NORTH COMPANIES TRAVEL HOSPITALITY SERVICES, INC.,** | |
| **Defendants.** | |

## <u>AMENDED EXHIBITS IN SUPPORT OF NOTICE OF REMOVAL</u>

The following amended exhibits are attached hereto in support of Defendant Delaware North Companies Travel Hospitality Services, Inc.'s Notice of Removal filed July 20, 2022. (Doc. 2):

| | |
|---|---|
| **Exhibit 1:** | State Court Docket Sheet |
| **Exhibit 2:** | Plaintiffs' Petition |
| **Exhibit 3:** | Proof of Service – MVP |
| **Exhibit 4:** | Notice of First Consent to Join Action |
| **Exhibit 5:** | Notice of Second Consent to Join Action |
| **Exhibit 6:** | Notice of Third Consent to Join Action |
| **Exhibit 7:** | Proof of Service – Delaware North |

Respectfully submitted,

*/s/ Michael J. Deponte*

Michael J. DePonte
OBN 35022
JACKSON LEWIS P.C.
500 N Akard Ste 2500
Dallas, Texas 75201
Tel: (214) 520-2400
Fax: (214) 520-2008
E-mail:  michael.deponte@jacksonlewis.com

**ATTORNEY FOR DEFENDANT**
**DELAWARE NORTH COMPANIES TRAVEL**
**HOSPITALITY SERVICES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record via ECF electronic notice in accordance with the Federal Rules of Civil Procedure on this 25th day of July 2022.

Steven R. Hickman
OBN 4172
FRASIER, FRASIER & HICKMAN, LLP
1700 Southwest Blvd.
Tulsa, OK  74107
(918) 584-4724 T
(918) 583-5637 F
frasier@tulsa.com
**ATTORNEYS FOR PLAINTIFFS**

Melinda S. Matlock
RHODES HIERONYMUS, PLLC
1001 NW 63rd Ste 280
Oklahoma City, OK  73116
(918) 582-1173 T
(918) 592-3390 F
mmatlock@rhodesokla.com
**ATTORNEYS FOR DEFENDANT**
**MVP EVENT PRODUCTIONS, LLC**
**dba MVP EVENT STAFFING**

*/s/ Michael J. DePonte*
Michael J. DePonte



Home    Courts    Court Dockets    Legal Research    Calendar    Help

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR TULSA COUNTY, OKLAHOMA

| | |
|---|---|
| PHOENIX YOUNGBLOOD,<br>     Plaintiff, and<br>KHRYSTAL POLLARD,<br>     Plaintiff, and<br>CHRISTOPHER DRAKE,<br>     Plaintiff,<br>v.<br>MVP EVENT PRODUCTIONS LLC, D/B/A<br>MVP EVENT STAFFING,<br>     Defendant, and<br>DELAWARE NORTH COMPANIES TRAVEL<br>HOSPITALITY SERVICES INC,<br>     Defendant. | **No. CJ-2022-1887**<br>**(Civil relief more than $10,000:**<br>**FAILURE TO PAY WAGES AND OVERTIME)**<br><br>Filed: 06/21/2022<br><br>Judge: Civil Docket E |

## Parties

DELAWARE NORTH COMPANIES TRAVEL HOSPITALITY SERVICES INC , Defendant
DRAKE, CHRISTOPHER , Plaintiff
MVP EVENT PRODUCTIONS LLC , Defendant
POLLARD, KHRYSTAL , Plaintiff
YOUNGBLOOD, PHOENIX , Plaintiff

## Attorneys

| **Attorney** | **Represented Parties** |
|---|---|
| HICKMAN, STEVEN R(Bar # 4172)<br>FRASIER, FRASIER & HICKMAN, LLP<br>1700 SOUTHWEST BLVD.<br>TULSA, OK 74107 | YOUNGBLOOD, PHOENIX<br>POLLARD, KHRYSTAL<br>DRAKE, CHRISTOPHER |

## Events

| Event | Party | Docket | Reporter |
|---|---|---|---|

## Issues

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

**Issue # 1.**

Issue: FAILURE TO PAY WAGES AND OVERTIME (OTHER)
Filed by: YOUNGBLOOD, PHOENIX
Filed Date: 06/21/2022

**Party Name:**                              **Disposition Information:**

**Defendant:** MVP EVENT PRODUCTIONS LLC          Pending.

**Defendant:** DELAWARE NORTH COMPANIES TRAVEL          Pending.
HOSPITALITY SERVICES INC

**Issue # 2.**

EXHIBIT
1

Issue: FAILURE TO PAY WAGES AND
OVERTIME (OTHER)

|  | Filed by: POLLARD, KHRYSTAL |
|---|---|
|  | Filed Date: 06/21/2022 |
| **Party Name:** | **Disposition Information:** |
| **Defendant:** MVP EVENT PRODUCTIONS LLC | Pending. |
| **Defendant:** DELAWARE NORTH COMPANIES TRAVEL HOSPITALITY SERVICES INC | Pending. |

Issue # 3.

Issue: FAILURE TO PAY WAGES AND OVERTIME (OTHER)
Filed by: DRAKE, CHRISTOPHER
Filed Date: 06/21/2022

| **Party Name:** | **Disposition Information:** |
|---|---|
| **Defendant:** MVP EVENT PRODUCTIONS LLC | Pending. |
| **Defendant:** DELAWARE NORTH COMPANIES TRAVEL HOSPITALITY SERVICES INC | Pending. |

## Docket

| Date | Code | Count Party | Serial # | Entry Date | | |
|---|---|---|---|---|---|---|
| 06-21-2022 | TEXT | 1 | 119209718 | Jun 21 2022 8:45:46:100AM | - | $ 0.00 |
| | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. | | | | | |
| 06-21-2022 | OTHER | - | 119209720 | Jun 21 2022 8:52:22:077AM | Realized | $ 0.00 |
| | FAILURE TO PAY WAGES AND OVERTIME | | | | | |
| 06-21-2022 | DMFE | - | 119209721 | Jun 21 2022 8:45:46:633AM | Realized | $ 7.00 |
| | DISPUTE MEDIATION FEE($ 7.00) | | | | | |
| 06-21-2022 | PFE1 | - | 119209722 | Jun 21 2022 2:37:58:637PM | Realized | $ 163.00 |
| | PETITION($ 163.00) | | | | | |
| | 📄 *Document Available (#1052711733)* | | | | | |
| 06-21-2022 | PFE7 | - | 119209723 | Jun 21 2022 8:45:46:633AM | Realized | $ 6.00 |
| | LAW LIBRARY FEE($ 6.00) | | | | | |
| 06-21-2022 | OCISR | - | 119209724 | Jun 21 2022 8:45:46:633AM | Realized | $ 25.00 |
| | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND($ 25.00) | | | | | |
| 06-21-2022 | OCJC | - | 119209725 | Jun 21 2022 8:45:46:633AM | Realized | $ 1.55 |
| | OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND($ 1.55) | | | | | |
| 06-21-2022 | OCASA | - | 119209726 | Jun 21 2022 8:45:46:633AM | Realized | $ 5.00 |
| | OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES($ 5.00) | | | | | |
| 06-21-2022 | SSFCHSCPC | - | 119209727 | Jun 21 2022 8:45:46:633AM | Realized | $ 10.00 |

| Date | Code | Count Party | Serial # | Entry Date | | |
|------|------|-------------|----------|------------|---|---|
| | | SHERIFF'S SERVICE FEE FOR COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER($ 10.00) | | | | |
| 06-21-2022 | CCADMINCSF | - | 119209728 | Jun 21 2022 8:45:46:633AM | Realized | $ 1.00 |
| | | COURT CLERK ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER($ 1.00) | | | | |
| 06-21-2022 | CCADMIN0155 | - | 119209729 | Jun 21 2022 8:45:46:633AM | Realized | $ 0.16 |
| | | COURT CLERK ADMINISTRATIVE FEE ON $1.55 COLLECTION($ 0.16) | | | | |
| 06-21-2022 | SJFIS | - | 119209730 | Jun 21 2022 8:45:46:633AM | Realized | $ 0.45 |
| | | STATE JUDICIAL REVOLVING FUND - INTERPRETER AND TRANSLATOR SERVICES($ 0.45) | | | | |
| 06-21-2022 | DCADMIN155 | - | 119209731 | Jun 21 2022 8:45:46:633AM | Realized | $ 0.23 |
| | | DISTRICT COURT ADMINISTRATIVE FEE ON $1.55 COLLECTIONS($ 0.23) | | | | |
| 06-21-2022 | DCADMIN05 | - | 119209732 | Jun 21 2022 8:45:46:633AM | Realized | $ 0.75 |
| | | DISTRICT COURT ADMINISTRATIVE FEE ON $5 COLLECTIONS($ 0.75) | | | | |
| 06-21-2022 | DCADMINCSF | - | 119209733 | Jun 21 2022 8:45:46:633AM | Realized | $ 1.50 |
| | | DISTRICT COURT ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER($ 1.50) | | | | |
| 06-21-2022 | CCRMPF | - | 119209734 | Jun 21 2022 8:45:46:633AM | Realized | $ 10.00 |
| | | COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE($ 10.00) | | | | |
| 06-21-2022 | CCADMIN04 | - | 119209735 | Jun 21 2022 8:45:46:633AM | Realized | $ 0.50 |
| | | COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS($ 0.50) | | | | |
| 06-21-2022 | LTF | - | 119209736 | Jun 21 2022 8:45:47:133AM | Realized | $ 10.00 |
| | | LENGTHY TRIAL FUND($ 10.00) | | | | |
| 06-21-2022 | SMF | - | 119209737 | Jun 21 2022 8:46:42:427AM | Realized | $ 20.00 |
| | | SUMMONS FEE (CLERKS FEE)($ 20.00) | | | | |
| 06-21-2022 | SMIMA | - | 119209738 | Jun 21 2022 8:45:47:350AM | Realized | $ 0.00 |
| | | SUMMONS ISSUED - MAILED BY ATTORNEY | | | | |
| 06-21-2022 | TEXT | - | 119209719 | Jun 21 2022 8:45:46:133AM | - | $ 0.00 |
| | | OCIS HAS AUTOMATICALLY ASSIGNED JUDGE CIVIL DOCKET E TO THIS CASE. | | | | |
| 06-21-2022 | ACCOUNT | - | 119209779 | Jun 21 2022 8:47:27:377AM | - | $ 0.00 |

RECEIPT # 2022-4371541 ON 06/21/2022.
PAYOR: FRASIER FRASIER & HICKMAN TOTAL AMOUNT PAID: $ 262.14.
LINE ITEMS:
CJ-2022-1887: $183.00 ON AC01 CLERK FEES.
CJ-2022-1887: $6.00 ON AC23 LAW LIBRARY FEE CIVIL AND CRIMINAL.
CJ-2022-1887: $1.66 ON AC31 COURT CLERK REVOLVING FUND.
CJ-2022-1887: $5.00 ON AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES.
CJ-2022-1887: $1.55 ON AC59 COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND.
CJ-2022-1887: $7.00 ON AC64 DISPUTE MEDIATION FEES CIVIL ONLY.
CJ-2022-1887: $0.45 ON AC65 STATE JUDICIAL REVOLVING FUND, INTERPRETER SVCS.
CJ-2022-1887: $2.48 ON AC67 DISTRICT COURT REVOLVING FUND.
CJ-2022-1887: $25.00 ON AC79 OCIS REVOLVING FUND.
CJ-2022-1887: $10.00 ON AC81 LENGTHY TRIAL FUND.
CJ-2022-1887: $10.00 ON AC88 SHERIFF'S SERVICE FEE FOR COURT HOUSE SECURITY.
CJ-2022-1887: $10.00 ON AC89 COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE.

| 06-22-2022 | NO | - | | 119234824 | Jun 23 2022 10:31:43:343AM | - | $ 0.00 |

NOTICE OF FIRST CONSENTS TO JOIN ACTION / CERTIFICATE OF MAILING
*Document Available (#1052559125)*

| 06-23-2022 | S | - | DELAWARE NORTH COMPANIES TRAVEL HOSPITALITY SERVICES INC | 119252559 | Jun 24 2022 3:29:12:023PM | - | $ 0.00 |

PARTY HAS BEEN SUCCESSFULLY SERVED / DELAWARE NORTH COMPANIES TRAVEL HOSPITALITY SERVICE, INC / ON 6-21-22
*Document Available (#1052711438)*

| 06-23-2022 | NO | - | | 119263173 | Jun 27 2022 2:30:30:383PM | - | $ 0.00 |

NOTICE OF SECOND CONSENTS TO JOIN ACTION / CERTIFICATE OF MAILING
*Document Available (#1052711281)*

| 07-01-2022 | S | - | MVP EVENT PRODUCTIONS LLC | 119320207 | Jul 5 2022 9:20:20:490AM | - | $ 0.00 |

PARTY HAS BEEN SUCCESSFULLY SERVED. / MVP EVENT PRODUCTIONS LLC / 6-29-22
*Document Available (#1052559652)*

| 07-05-2022 | NO | - | | 119333846 | Jul 6 2022 10:18:48:560AM | - | $ 0.00 |

NOTICE OF THIRD CONSENT TO JOIN ACTION / C TO J / CERTIFICATE OF MAILING
*Document Available (#1052559741)*

IN THE DISTRICT COURT IN AND FOR TULSA COUNTY
STATE OF OKLAHOMA

PHOENIX YOUNGBLOOD, KHRYSTAL )
POLLARD, and CHRISTOPHER DRAKE, )
on behalf of themselves and all )
persons similarly situated, )
)
    Plaintiffs, )
)
v. )
)
MVP EVENT PRODUCTIONS, LLC, a )
limited liability company, d/b/a MVP )
EVENT STAFFING, and DELAWARE )
NORTH COMPANIES TRAVEL )
HOSPITALITY SERVICES, INC., a )
foreign corporation, )
)
    Defendants. )

DISTRICT COURT
F I L E D

JUN 21 2022

DON NEWBERRY, Court Clerk
STATE OF OKLA. TULSA COUNTY

Case No.: CJ-2022-01887
Attorneys' Lien Claimed
Jury Trial Demanded DAMAN CANTRELL

## PETITION

  COME NOW Plaintiffs and for their claims and causes of action against Defendants state and allege:

1. Plaintiffs as above named are individuals who performed work for Defendants in the State of Oklahoma.

2. Defendant MVP Event Productions, LLC, is a foreign limited liability company doing business in Oklahoma as MVP Event Staffing, but not licensed to do business in Oklahoma.

3. Defendant Delaware North Companies Travel Hospitality Services, Inc., is a foreign corporation licensed to do business in Oklahoma.

4. Plaintiffs bring this action for their own loss, and also on behalf of all others who consent in writing to join this action.

2022-06-21 8:24 am
\\Ffh-vm-dc\company\Clients\OPEN\Vicki\@aashley clients\@@@2022 PGA WAGE-HOUR CLAIM 22-2278\Petition.wpd/vs

1

EXHIBIT
2

5.  In May, 2022, Plaintiffs, and each of them, were employees of Defendants, working at the 2022 PGA Tournament at Southern Hills Country Club in Tulsa, Oklahoma.

6.  Plaintiffs variously were not paid regular wages, overtime wages, bonuses, tips and other supplementary gain as promised, or have been paid in part, but not in full.

7.  The failure to pay wages as required under the Fair Labor Standards Act of 1938, as amended, and state wage laws was intentional to the extent that Defendants are subjected to liability for liquidated damages.

8.  Plaintiffs estimate the amount due to each is in the $1,000 to $5,000 range.

WHEREFORE, premises considered, Plaintiffs and each of them, as well as those joining the action, pray for judgment against Defendants and each of them in amounts to be determined for each at trial together with liquidated damages, interest, costs, attorneys' fees, and such other and further relief to which they are deemed entitled.

Respectfully submitted,

FRASIER, FRASIER & HICKMAN, LLP

By: _____
Steven R. Hickman, OBA #4172
1700 Southwest Blvd.
Tulsa, OK 74107
Phone: (918) 584-4724
Fax: (918) 583-5637
E-mail: frasier@tulsa.com
Attorneys for Plaintiffs

2022-06-21 8:24 am
\\Ffh-vm-dc\company\Clients\OPEN\Vicki\@aashley clients\@@@2022 PGA WAGE-HOUR CLAIM 22-2278\Petition.wpd/vs

2

**IN THE DISTRICT COURT OF TULSA COUNTY**
**STATE OF OKLAHOMA, 500 SOUTH DENVER, TULSA, OKLAHOMA 74103**

PHOENIX YOUNGBLOOD, KHRYSTAL POLLARD
and CHRISTOPHER DRAKE, on behalf of themselves
and all other persons similarly situated,

                                        Plaintiff(s)

vs.

MVP EVENT PRODUCTIONS, LLC, a limited liability
company, d/b/a MVP EVENT STAFFING, and
DELAWARE NORTH COMPANIES TRAVEL
HOSPITALITY SERVICES, INC,

                                        Defendant(s)

MVP EVENT PRODUCTIONS, LLC
d/b/a MVP EVENT STAFFING
160 Alamo Plaza, #486
Alamo, CA 94507

Case No. **CJ-2022-01887**

Attorney(s) for Plaintiff(s) **DAMAN CANTRELL**
Name          Steven R. Hickman, OBA #4172
Address       FRASIER, FRASIER & HICKMAN, LLP
              1700 Southwest Boulevard
              Tulsa, OK 74107
Telephone     918/584-4724

**DISTRICT COURT**
**F I L E D**

JUL 0 1 2022

**DON NEWBERRY, Court Clerk**
**STATE OF OKLA. TULSA COUNTY**

Bryan Smith  / *Johnny Adams #1445*
Appointed to serve, PSL # 18-30

Authorized by  /?/                    Steven R. Hickman

        You have been sued by the above named plaintiff(s), and you are directed to file a written answer to the attached petition and order
in the Court at the above address within twenty (20) days after service of this summons upon you exclusive of the day of service. Within
the same time, a copy of your answer must be delivered or mailed to the attorney for the plaintiff. Unless you answer the petition within
the time stated, judgment will be rendered against you with costs of the action.

        Issued this ___21st___ day of June, 2022.

                                Don Newberry, Court Clerk

                                By: _Tracy_____
                                    Deputy Court Clerk

(Seal)

        This summons and order was served on

                                **6·29·22**

                                (date of service)

                                *Johnny Adams*

                                (Signature of person serving summons)

        **YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR
ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED
WITHIN THE TIME LIMIT STATED IN THIS SUMMONS.**

                **Return ORIGINAL for filing.**

                                        **EXHIBIT**
                                        **3**

# AFFIDAVIT OF SERVICE

| Case:<br>CJ-2022-<br>01887 | Court:<br>IN THE DISTRICT COURT OF TULSA COUNTY<br>STATE OF OKLAHOMA | County:<br>TULSA, OK | Job:<br>7255383 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>PHOENIX YOUNGBLOOD, KHRYSTAL POLLARD AND<br>CHRISTOPHER DRAKE, ON BEHALF OF THEMSELVES AND<br>ALL OTHER PERSONS SIMILARLY SITUATED | | **Defendant / Respondent:**<br>MVP EVENT PRODUCTIONS, LLC. A LIMITED LIABILITY<br>COMPANY, D/B/A MVP EVENT STAFFING AND DELAWARE<br>NORTH COMPANES TRAVEL HOSPITALITY SERVICES, INC. | |
| **Received by:**<br>TRINITY ATTORNEY SERVICE, LLC | | **For:**<br>Frasier, Frasier & Hickman, LLP | |
| **To be served upon:**<br>MVP EVENT PRODUCTIONS, LLC D/B/A MVP EVENT STAFFING | | | |

I, JOHNNY ADAMS, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where the service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** AMANDA LOVE, 1401 21ST ST STE R, SACRAMENTO, CA 95811

**Manner of Service:** Authorized, Jun 29, 2022, 3:05 pm CDT

**Documents:** ORIGINAL SUMMONS AND PETITION (Received Jun 21, 2022 at 12:00am CDT)

**Additional Comments:**
1) Successful Attempt: Jun 29, 2022, 3:05 pm CDT at 1401 21ST ST STE R, SACRAMENTO, CA 95811 received by AMANDA LOVE.

June 30, 2022
_____    _____
JOHNNY ADAMS #1445                          **Date**

TRINITY ATTORNEY SERVICE, LLC
915 L ST UNIT C
SACRAMENTO, CA 95814
916-719-9626

Thank you.

The best compliment we can receive is a referral from you.



# IN THE DISTRICT COURT IN AND FOR TULSA COUNTY
## STATE OF OKLAHOMA

| | | |
|---|---|---|
| PHOENIX YOUNGBLOOD, KHRYSTAL POLLARD, and CHRISTOPHER DRAKE, on behalf of themselves and all persons similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | **Case No.:   CJ-22-1887** |
| v. | ) ) | **Attorneys' Lien Claimed** |
| | ) | **Jury Trial Demanded** |
| MVP EVENT PRODUCTIONS, LLC, a limited liability company, d/b/a MVP EVENT STAFFING, and DELAWARE NORTH COMPANIES TRAVEL HOSPITALITY SERVICES, INC., a foreign corporation, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

DISTRICT COURT
**FILED**
JUN 2 2 2022
DON NEWBERRY, Court Clerk
STATE OF OKLA. TULSA COUNTY

## NOTICE OF FIRST CONSENTS TO JOIN ACTION

COME NOW Plaintiffs and give notice that the following persons consent to join this action as Plaintiffs: Devin Fink and Dale Hill.

Respectfully submitted,

FRASIER, FRASIER & HICKMAN, LLP

By: _____
Steven R. Hickman, OBA #4172
1700 Southwest Blvd.
Tulsa, OK 74107
Phone: (918) 584-4724
Fax: (918) 583-5637
E-mail: frasier@tulsa.com
Attorneys for Plaintiffs

2022-06-22 2:48 pm
\\Ffh-vm-dc\company\Clients\OPEN\Vicki\@aashley clients\@@@2022 PGA WAGE-HOUR CLAIM 22-2278\notice of first consents to join 062222.wpd/vs

1





EXHIBIT
4

# CERTIFICATE OF MAILING

I hereby certify that on the _____22d_____ day of June, 2022, a true and correct copy of the above and foregoing was deposited in the United States mail with the proper postage affixed thereto and addressed to:

Malinda Matlock
P.O. Box 21100
Tulsa, OK 74121-1100

Steven R. Hickman

2022-06-22 2:48 pm
\\Ffh-vm-dc\company\Clients\OPEN\Vicki\@aashley clients\@@@2022 PGA WAGE-HOUR CLAIM 22-2278\notice of first consents to join 062222.wpd/vs

2

## CONSENT

I hereby consent to join the lawsuit of Youngblood v. MVP Event Staffing, originally filed in the District Court of Tulsa County, Oklahoma, as case number CJ-2022-1887, as a Plaintiff therein, with regard to wages/overtime due me for working the 2022 PGA at Southern Hills Country Club.

Dated this _22_ day of June, 2022.

_____

## CONSENT

I hereby consent to join the lawsuit of Youngblood v. MVP Event Staffing, originally filed in the District Court of Tulsa County, Oklahoma, as case number CJ-2022-1887, as a Plaintiff therein, with regard to wages/overtime due me for working the 2022 PGA at Southern Hills Country Club.

Dated this **06** day of June, 2022.

_Dale Curtis Hill Jr._



## IN THE DISTRICT COURT IN AND FOR TULSA COUNTY
## STATE OF OKLAHOMA

PHOENIX YOUNGBLOOD, KHRYSTAL
POLLARD, and CHRISTOPHER DRAKE,
on behalf of themselves and all
persons similarly situated,

        Plaintiffs,

v.

MVP EVENT PRODUCTIONS, LLC, a
limited liability company, d/b/a MVP
EVENT STAFFING, and DELAWARE
NORTH COMPANIES TRAVEL
HOSPITALITY SERVICES, INC., a
foreign corporation,

        Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.:   CJ-22-1887
Attorneys' Lien Claimed
Jury Trial Demanded

DISTRICT COURT
F I L E D
JUN 2 3 2022
DON NEWBERRY, Court Clerk
STATE OF OKLA. TULSA COUNTY

## NOTICE OF SECOND CONSENTS TO JOIN ACTION

COME NOW Plaintiffs and give notice that the following persons consent to join

this action as Plaintiffs: Jessica Danderson and Catherine Patrick.

Respectfully submitted,

FRASIER, FRASIER & HICKMAN, LLP

By: _____

Steven R. Hickman, OBA #4172
1700 Southwest Blvd.
Tulsa, OK 74107
Phone: (918) 584-4724
Fax: (918) 583-5637
E-mail: frasier@tulsa.com
Attorneys for Plaintiffs

2022-06-23 2:44 pm
\\Ffh-vm-dc\company\Clients\OPEN\Vicki\@aashley clients\@@@2022 PGA WAGE-HOUR CLAIM 22-2278\@MVP\notice of second consents to join 062322.wpd/vs

1



EXHIBIT
5



## CERTIFICATE OF MAILING

I hereby certify that on the _23d_ day of June, 2022, a true and correct copy of the above and foregoing was deposited in the United States mail with the proper postage affixed thereto and addressed to:

Malinda Matlock
P.O. Box 21100
Tulsa, OK 74121-1100

Steven R. Hickman

2022-06-23 2:44 pm
\\FFh-vm-dc\company\Clients\OPEN\Vicki\@aashley clients\@@@2022 PGA WAGE-HOUR CLAIM 22-2278\@MVP\notice of second consents to join 062322.wpd/vs

2

06/23/2022

## CONSENT

I hereby consent to join the lawsuit of Youngblood v. MVP Event Staffing, originally filed in the District Court of Tulsa County, Oklahoma, as case number CJ-2022-1887, as a Plaintiff therein, with regard to wages/overtime due me for working the 2022 PGA at Southern Hills Country Club.

Dated this ____23____ day of June, 2022.



## CONSENT

I hereby consent to join the lawsuit of Youngblood v. MVP Event Staffing, originally filed in the District Court of Tulsa County, Oklahoma, as case number CJ-2022-1887, as a Plaintiff therein, with regard to wages/overtime due me for working the 2022 PGA at Southern Hills Country Club.

Dated this ___23___ day of June, 2022.

Catherine Patrick

_____




IN THE DISTRICT COURT IN AND FOR TULSA COUNTY
STATE OF OKLAHOMA

PHOENIX YOUNGBLOOD, KHRYSTAL )
POLLARD, and CHRISTOPHER DRAKE, )
on behalf of themselves and all )
persons similarly situated, )
     )
         Plaintiffs, )
     )
v. )
     )
MVP EVENT PRODUCTIONS, LLC, a )
limited liability company, d/b/a MVP )
EVENT STAFFING, and DELAWARE )
NORTH COMPANIES TRAVEL )
HOSPITALITY SERVICES, INC., a )
foreign corporation, )
     )
         Defendants. )

Case No.:    CJ-22-1887
Attorneys' Lien Claimed
Jury Trial Demanded

DISTRICT COURT
**FILED**

JUL 0 5 2022

DON NEWBERRY, Court Clerk
STATE OF OKLA. TULSA COUNTY

## <u>NOTICE OF THIRD CONSENT TO JOIN ACTION</u>

     COME NOW Plaintiffs and give notice that the following person consents to join

this action as a Plaintiff: Phuoc Vu.

                 Respectfully submitted,

                 FRASIER, FRASIER & HICKMAN, LLP

By:               _____
                 Steven R. Hickman, OBA #4172
                 1700 Southwest Blvd.
                 Tulsa, OK 74107
                 Phone: (918) 584-4724
                 Fax: (918) 583-5637
                 E-mail: <u>frasier@tulsa.com</u>
                 Attorneys for Plaintiffs

2022-06-30 4:44 pm
\\Ffh-vm-dc\company\Clients\OPEN\Vicki\@aashley clients\@@@2022 PGA WAGE-HOUR CLAIM 22-2278\@MVP\notice of third consent to
join 070122.wpd/vs                                                 1

EXHIBIT
6



## CERTIFICATE OF MAILING

I hereby certify that on the ___5th___ day of July, 2022, a true and correct copy of the above and foregoing was deposited in the United States mail with the proper postage affixed thereto and addressed to:

Malinda Matlock
P.O. Box 21100
Tulsa, OK 74121-1100

Steven R. Hickman

2022-06-30 4:44 pm
\\Ffh-vm-dc\company\Clients\OPEN\Vicki\@aashley clients\@@@2022 PGA WAGE-HOUR CLAIM 22-2278\@MVP\notice of third consent to join 070122.wpd/vs

2

## CONSENT

I hereby consent to join the lawsuit of Youngblood v. MVP Event Staffing, originally filed in the District Court of Tulsa County, Oklahoma, as case number CJ-2022-1887, as a Plaintiff therein, with regard to wages/overtime due me for working the 2022 PGA at Southern Hills Country Club.

Dated this <u>30th</u> day of June, 2022.

<u>Phuoc Vu_____</u>

## ORIGINAL SUMMONS



### IN THE DISTRICT COURT OF TULSA COUNTY
### STATE OF OKLAHOMA, 500 SOUTH DENVER, TULSA, OKLAHOMA 74103

PHOENIX YOUNGBLOOD, KHRYSTAL POLLARD
and CHRISTOPHER DRAKE, on behalf of themselves
and all other persons similarly situated,

Case No. **CJ-2022-01887**

                    Plaintiff(s)

vs.

MVP EVENT PRODUCTIONS, LLC, a limited liability
company, d/b/a MVP EVENT STAFFING, and
DELAWARE NORTH COMPANIES TRAVEL
HOSPITALITY SERVICES, INC,

                    Defendant(s)

DELAWARE NORTH COMPANIES TRAVEL
HOSPITALITY SERVICE, INC.
c/o Cogency Global, Inc.
15205 Traditions Lake Parkway
Edmond, OK 73013

Attorney(s) for Plaintiff(s) **DAMAN CAN**
Name     Steven R. Hickman, OBA #4172
Address   FRASIER, FRASIER & HICKMAN, LLP
           1700 Southwest Boulevard
           Tulsa, OK 74107
Telephone   918/584-4724

### DISTRICT COURT
# F I L E D

JUN 2 3 2022

DON NEWBERRY, Court Clerk
STATE OF OKLA: TULSA COUNTY

Bryan Smith       **TIM HARRIS** 21-9
Appointed to serve, PSL # 18-30

Authorized by                 Steven R. Hickman

     You have been sued by the above named plaintiff(s), and you are directed to file a written answer to the attached petition and order in the Court at the above address within twenty (20) days after service of this summons upon you exclusive of the day of service. Within the same time, a copy of your answer must be delivered or mailed to the attorney for the plaintiff. Unless you answer the petition within the time stated, judgment will be rendered against you with costs of the action.

     Issued this 21st day of June, 2022.

                            Don Newberry, Court Clerk

                            By: _____
                                  Deputy Court Clerk

(Seal)

This summons and order was served on

                        June 21, 2022
                        (date of service)

                        **TIM HARRIS** PSS-21-9
                      (Signature of person serving summons)

     **YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THIS SUMMONS.**

### EXHIBIT
### 7

**Return ORIGINAL for filing.**

# AFFIDAVIT OF SERVICE

| Case:<br>CJ-2022-01887 | Court:<br>IN THE DISTRICT COURT OF TULSA COUNTY STATE OF OKLAHOMA | County:<br>TULSA, OK | Job:<br>7255332 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>PHOENIX YOUNGBLOOD, KHRYSTAL POLLARD AND CHRISTOPHER DRAKE, ON BEHALF OF THEMSELVES AND ALL OTHER PERSONS SIMILARLY SITUATED | | Defendant / Respondent:<br>MVP EVENT PRODUCTIONS, LLC. A LIMITED LIABILITY COMPANY, D/B/A MVP EVENT STAFFING AND DELAWARE NORTH COMPANIES TRAVEL HOSPITALITY SERVICES, INC. | |
| Received by:<br>TIM HARRIS | | For:<br>Frasier, Frasier & Hickman, LLP | |
| To be served upon:<br>DELAWARE NORTH COMPANIES TRAVEL HOSPITALITY SERVICE, INC. | | | |

I, TIM HARRIS, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**   DELAWARE NORTH COMPANIES TRAVEL HOSPITALITY SERVICE, INC. , 15205 TRADITIONS LAKE PKWY, EDMOND, OK 73013

**Manner of Service:**   Authorized, Jun 21, 2022, 2:43 pm CDT

**Documents:**   ORIGINAL SUMMONS AND PETITION (Received Jun 21, 2022 at 12:00am CDT)

**Additional Comments:**
1) Successful Attempt: Jun 21, 2022, 2:43 pm CDT at 15205 TRADITIONS LAKE PKWY, EDMOND, OK 73013 received by DELAWARE NORTH COMPANIES TRAVEL HOSPITALITY SERVICE, INC. .
Served Tiffany Wright -paralegal

_____   Subscribed and sworn to before me by the affiant who is
TIM HARRIS                          Date   personally known to me

TIM HARRIS                                 _____
1732 SW BLVD                               Notary Public
TULSA, Oklahoma 74107

Date _____   Commission Expires

BRYAN SMITH
Notary Public in and for
STATE OF OKLAHOMA
Commission #21014241
Expires: 29 Oct 2025