IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1) PHOENIX YOUNGBLOOD,<br>2) KHRYSTAL POLLARD,<br>3) CHRISTOPHER DRAKE,<br>4) JESSICA DANDERSON,<br>5) JOSEPH FINK,<br>6) DALE CURTIS HILL,<br>7) CATHERINE PATRICK,<br>8) PHUOC VU, and on behalf of themselves and all persons similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>1) MVP EVENT PRODUCTIONS, LLC, a limited liability company, d/b/a MVP EVENT STAFFING, and<br>2) DELAWARE NORTH COMPANIES TRAVEL HOSPITALITY SERVICES, INC., A foreign corporation,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.: 22-CV-00315-CVE-SH<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTAIN PLAINTIFFS' UNOPPOSED APPLICATION FOR ORDER APPROVING SETTLEMENT

COME NOW Plaintiffs Youngblood, Pollard, Drake, Vu, Patrick and Danderson and request this court to enter an order approving settlement and in support hereof would state as follows:

1. These six Plaintiffs participated in a settlement conference in January, 2023, presided over by the Court's Adjunct Settlement Judge. With his agreement and the agreement of all the parties, the case was settled, subject to court approval (as is required in FLSA actions) and the parties are entering into a negotiated settlement agreement and release in conjunction therewith.

2. Based on the consent of the Adjunct Settlement Judge and the parties, these Plaintiffs suggest that the settlement is reasonable under the circumstances and should be approved by the court.

3. Upon approval of the settlement this case should be dismissed as to these six Plaintiffs, per the settlement agreement.

4. Counsel for Defendants agree to this application. A proposed order, signed off on by the parties, is submitted contemporaneously.

WHEREFORE, premises considered, these Plaintiffs pray that this court approve the settlement of the case as above outlined.

Respectfully submitted,

FRASIER, FRASIER & HICKMAN, LLP

By: *s/Steven R. Hickman*
Steven R. Hickman, OBA #4172
1700 Southwest Blvd.
Tulsa, OK 74107
Phone: (918) 584-4724
Fax: (918) 583-5637
E-mail: frasier@tulsa.com
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on 15th March, 2023, a true, correct, and exact copy of the foregoing document was served *via* electronic notice by the CM/ECF filing system to all parties on their list of parties to be served in effect this date.

By: *s/Steven R. Hickman*
Steven R. Hickman