UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PHOENIX YOUNGBLOOD et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 22-CV-315-CVE-SH |
| ) | |
| MVP EVENT PRODUCTIONS, LLC and ) | |
| PATINA GOLF TOUR EVENTS, LLC, ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter comes on for consideration of Certain Plaintiffs' Unopposed Application for Order Approving Settlement (Dkt. # 32). Plaintiffs state that the parties reached a full settlement of the case at a court-ordered settlement conference, and they state that court approval of the settlement is required for certain plaintiffs. Plaintiffs have filed a copy of the settlement agreement under seal, and the Court has reviewed the settlement agreement. Dkt. # 34. The Court finds that the settlement is fair and reasonable, and the settlement agreement is approved as to plaintiffs Phoenix Youngblood, Khrystal Pollard, Christopher Drake, Jessica Danderson, Catherine Patrick, and Phuoc Vu. The Court previously entered an order (Dkt. # 30) dismissing without prejudice the claims of plaintiffs Devin Fink and Dale Hill and, following entry of this Order, there will be no claims remaining for adjudication.

**IT IS THEREFORE ORDERED** that Certain Plaintiffs' Unopposed Application for Order Approving Settlement (Dkt. # 32) is **granted**, and the claims of plaintiffs Phoenix Youngblood, Khrystal Pollard, Christopher Drake, Jessica Danderson, and Catherine Patrick, and Phuoc Vu are **dismissed with prejudice**.

**IT IS FURTHER ORDERED** that this Order disposes of all claims remaining in the case, and this is a final order terminating this case.

**DATED** this 29th day of March, 2023.

*[Signature]*
CLAIRE V. EAGAN
UNITED STATES DISTRICT JUDGE